STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v.
THOMAS HORNE, DEFENDANT-PETITIONER.

See same case below: 105 *N. J. Super.* 297.

*Mr. Stanley C. Van Ness* and *Mrs. Susan T. Sinins* for the petitioner.

*Mr. Joseph P. Lordi* and *Mr. David S. Baime* for the respondent.

June 30, 1969. Granted.

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v.
ALBERT TALMO, DEFENDANT-PETITIONER.

*Mr. Stanley C. Van Ness* and *Mr. Michael B. Blacker* for the petitioner.

*Mr. Robert H. Doherty, Jr.* for the respondent.

June 30, 1969. Denied.

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v.
LORETTA WEINGARDNER, DEFENDANT-PETITIONER.

*Mr. Arthur J. Breitkopf* for the petitioner.

*Mr. Joseph P. Lordi* and *Mr. Matthew J. Scola* for the respondent.

June 30, 1969. Denied.